UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARGARET REAVES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| SETERUS, INC., | ) ) ) | No. 5:15-CV-387-FL |
| Defendant. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 19, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 19, 2015, and Copies To:**

Margaret Reaves (via U.S. Mail) 604 Sardis Drive, Raleigh, NC 27603
Brian M. Rowlson (via CM/ECF Notice of Electronic Filing)

October 19, 2015  JULIE RICHARDS JOHNSTON, CLERK
  /s/ Christa N. Baker
  (By) Christa N. Baker, Deputy Clerk